| | |
|---|---|
| 1 | MELINDA S. RIECHERT, State Bar No. 65504 |
|   | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | 2 Palo Alto Square |
|   | 3000 El Camino Real, Suite 700 |
| 3 | Palo Alto, CA 94306-2212 |
|   | Tel: 650.843.4000 |
| 4 | Fax: 650.843.4001 |

Attorneys for Defendants
ARAMARK REFRESHMENT SERVICES, LLC
(successor-in-interest to ARAMARK REFRESHMENT SERVICES, INC.)

E-filing

FILED
07 MAY 25 PM 1:39

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JEFF KEELING,

    Plaintiff,

vs.

ARAMARK REFRESHMENT SERVICES, INC., a Delaware Corporation and DOES 1-10,

    Defendants.

Case No. C 07 2762 EDL

**DEFENDANT'S CERTIFICATION OF INTERESTED PARTIES**

Pursuant to Local Rule 3-16, Defendant ARAMARK REFRESHMENT SERVICES, LLC (successor-in-interest to ARAMARK REFRESHMENT SERVICES, INC.), through its undersigned counsel, hereby certifies that the following persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities, other than the parties herein, are known to have a financial interest in the subject matter in controversy or in a party to the proceeding, or to have an interest that could be substantially affected by the outcome of the above-captioned lawsuit:

    ARAMARK Corporation

    ARAMARK Services, Inc.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3645707.1

(CASE NO. )
DEFENDANT'S CERTIFICATION OF
INTERESTED PARTIES

1  Dated: May 25, 2007                    MORGAN, LEWIS & BOCKIUS LLP

By *Melinda Riechert by Suzanne Boag*
Melinda S. Riechert
Attorney for Defendants
ARAMARK REFRESHMENT SERVICES,
LLC (successor-in-interest to ARAMARK
REFRESHMENT SERVICES, INC.)

---

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3645707.1                2                (CASE NO. )
                                DEFENDANT'S CERTIFICATION OF
                                INTERESTED PARTIES