| | |
|---|---|
| 1 | MELINDA S. RIECHERT, State Bar No. 65504 |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | 2 Palo Alto Square |
| | 3000 El Camino Real, Suite 700 |
| 3 | Palo Alto, CA 94306-2212 |
| | Tel: 650.843.4000 |
| 4 | Fax: 650.843.4001 |
| 5 | Attorneys for Defendants |
| | ARAMARK REFRESHMENT SERVICES, LLC |
| 6 | (successor-in-interest to ARAMARK |
| | REFRESHMENT SERVICES, INC.) |

FILED
07 MAY 25 PM 1:38

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JEFF KEELING,

    Plaintiff,

vs.

ARAMARK REFRESHMENT SERVICES INC., a Delaware Corporation and DOES 1-10,

    Defendants.

Case No. C 07 2762 EDL

**NOTICE OF RELATED CASES**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFF:

PLEASE TAKE NOTICE that pursuant to Local Rule 3-12, Defendant ARAMARK REFRESHMENT SERVICES, LLC (successor-in-interest to ARAMARK REFRESHMENT SERVICES, INC.) hereby submits that it is not aware of any previously filed or pending related cases in the Federal Courts.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3645707.1

(CASE NO. )
NOTICE OF RELATED CASES

| | | |
|---|---|---|
| 1 | Dated: May 25, 2007 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | By /s/ Melinda Riechert by Suzanne Boag |
| | | Melinda S. Riechert |
| 4 | | Attorney for Defendants |
| | | ARAMARK REFRESHMENT SERVICES, |
| 5 | | LLC (successor-in-interest to ARAMARK REFRESHMENT SERVICES, INC.) |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3645707.1

2

(CASE NO. )
DEFENDANT'S CERTIFICATION OF
INTERESTED PARTIES