MELINDA S. RIECHERT, State Bar No. 65504
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001

Attorneys for Defendants
ARAMARK REFRESHMENT SERVICES LLC
(successor-in-interest to ARAMARK REFRESHMENT SERVICES, INC.)

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFF KEELING,<br><br>    Plaintiff,<br><br>vs.<br><br>ARAMARK REFRESHMENT SERVICES, INC., a Delaware Corporation and DOES 1-10,<br><br>    Defendants. | Case No. C 07 2762 EDL<br><br>DEFENDANT ARAMARK REFRESHMENT SERVICES LLC'S RULE 7.1 DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant ARAMARK REFRESHMENT SERVICES LLC (successor-in-interest to ARAMARK REFRESHMENT SERVICES, INC.) makes the following disclosures. The name of ARAMARK REFRESHMENT SERVICES, LLC's parent corporation is ARAMARK SERVICES, INC. Other than ARAMARK SERVICES, INC. there is no publicly held corporation that directly holds ten percent or more of its stock.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3645706.1

(CASE NO. )
RULE 7.1 DISCLOSURE STATEMENT

1  Dated: May 25, 2007                         MORGAN, LEWIS & BOCKIUS LLP
2
3                                              By *Melinda Riechert by Suzanne Boag*
4                                              Melinda S. Riechert
                                               Attorney for Defendants
5                                              ARAMARK REFRESHMENT SERVICES,
                                               LLC (successor-in-interest to ARAMARK
6                                              REFRESHMENT SERVICES, INC.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28