| | |
|---|---|
| 1 | MELINDA S. RIECHERT, State Bar No. 65504 |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | 2 Palo Alto Square |
| | 3000 El Camino Real, Suite 700 |
| 3 | Palo Alto, CA 94306-2212 |
| | Tel: 650.843.4000 |
| 4 | Fax: 650.843.4001 |

Attorney for Defendants
ARAMARK REFRESHMENT SERVICES, LLC
(Successor-in-Interest to ARAMARK
REFRESHMENT SERVICES, INC.")

E-filing

FILED
07 MAY 25 PM 1:39
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JEFF KEELING,

    Plaintiff,

vs.

ARAMARK REFRESHMENT SERVICES, INC., a Delaware Corporation and DOES 1-10,

    Defendants.

Case No. C 07 2762 EDL

**PROOF OF SERVICE**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-SF/7555329.1

PROOF OF SERVICE

**PROOF OF SERVICE**

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, CA 94105-1126. On May 25, 2007, I served the within documents:

**NOTICE OF REMOVAL OF ACTION, 28 U.S.C. § 1441(b) (DIVERSITY);
NOTICE OF RELATED CASES;
DEFENDANT'S CERTIFICATION OF INTERESTED PARTIES;
DEFENDANT ARAMARK REFRESHMENT SERVICES LLC'S RULE 7.1 DISCLOSURE STATEMENT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by having a process server personally deliver the document(s) listed above.

Gerald A. Emanuel                    Attorneys for Plaintiff
Amy Carlson
Hinkle, Jachimowicz, Pointer & Emanuel
2007 West Hedding Street, Suite 100
San Jose, CA 95128

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on May 25, 2007, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

*/s/ Ronn R. Uchihara*
Ronn R. Uchihara

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-SF/7555329.1