1  MELINDA S. RIECHERT, State Bar No. 65504
   MORGAN, LEWIS & BOCKIUS LLP
2  2 Palo Alto Square
   3000 El Camino Real, Suite 700
3  Palo Alto, CA  94306-2212
   Tel:  650.843.4000
4  Fax: 650.843.4001

5  Attorneys for Defendants
   ARAMARK REFRESHMENT SERVICES LLC
6  (Successor-in-Interest to ARAMARK
   REFRESHMENT SERVICES, INC.)
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11 JEF KEELING,                    | Case No. C-07-2762 EDL

12              Plaintiff,         | **CERTIFICATE OF FILING AND
                                   | SERVICE OF NOTICE OF FILING
13      vs.                        | NOTICE OF REMOVAL OF ACTION TO
                                   | FEDERAL COURT**
14 ARAMARK REFRESHMENT             |
   SERVICES INC., a Delaware       | Judge:    Elizabeth D. Laporte
15 Corporation and DOES 1-10,      |

16              Defendants.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3644376.1

CASE NO. C-07-2762 EDL
CERTIFICATE OF FILING AND SERVICE
OF NOTICE OF FILING OF REMOVAL

1     I, Ronn R. Uchihara, certify and declare as follows:

2     I am over the age of 18 years and not a party to this action. My business address is Morgan, Lewis & Bockius LLP, One Market, Spear Street Tower, San Francisco, California, 94105.

5     On May 25, 2007, I served the Superior Court of California for the County of Alameda with the Notice to State Court and Adverse Party of Filing of Notice of Removal of Action, which was filed with that court on June 1, 2007. A copy of this Notice is attached herein as Exhibit 1.

8     On May 25, 2007, I also served the Notice to State Court and Adverse Party of Filing of Notice of Removal of Action on Plaintiff's counsel via U.S. Mail.

10     On June 1, 2007, pursuant to local rules of the United States District Court for the Northern District of California, I served the documents listed in Attachment A upon Plaintiff's counsel via U.S. Mail.

13     I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of June 2007 at San Francisco, California.

                                                         Ronn R. Uchihara

**ATTACHMENT A**

ECF REGISTRATION INFORMATION HANDOUT;

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;

DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE;

STANDING ORDER, MAGISTRATE JUDGE ELIZABETH D. LAPORTE;

STANDING ORDER RE CASE MANAGEMENT CONFERENCE;

STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3644376.1         3         CASE NO. C-07-2762 EDL
CERTIFICATE OF FILING AND SERVICE
OF NOTICE OF FILING OF REMOVAL