1  MELINDA S. RIECHERT, State Bar No. 65504
   SUZANNE BOAG, State Bar No. 250441
2  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA 94306-2212
4  Tel: 650.843.4000
   Fax: 650.843.4001
5
   Attorneys for Defendants
6  ARAMARK REFRESHMENT SERVICES LLC
   (Successor-in-Interest to ARAMARK
7  REFRESHMENT SERVICES, INC.)

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11 | JEFF KEELING,                    | Case No. C-07-2762 EDL
12 |         Plaintiff,               |
13 |    vs.                           | DEFENDANT'S ADR CERTIFICATION BY
                                       PARTIES AND COUNSEL
14 | ARAMARK REFRESHMENT
   | SERVICES INC., a Delaware        | Judge:   Elizabeth D. Laporte
15 | Corporation and DOES 1-10,
16 |         Defendants.

1-PA/3657846.1

DEFENDANT'S ADR CERTIFICATION BY
PARTIES AND COUNSEL
(CASE NO. C-07-2762 EDL)

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ.L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: August 6, 2007

ARAMARK REFRESHMENT SERVICES, LLC, Defendant

By: *[signature]*

Its: Assistant General Counsel for Insured Litigation

Dated: August 7, 2007

MORGAN, LEWIS & BOCKIUS LLP

By: *[signature]* Melinda Riechert by
Melinda S. Riechert

Attorneys for Defendant
ARAMARK REFRESHMENT SERVICES, LLC

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3657846.1

1

DEFENDANT'S ADR CERTIFICATION BY PARTIES AND COUNSEL
(CASE NO. C-07-2762 EDL)

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, CA 94105-1126. On August 7, 2007, I served the within documents:

**DEFENDANT'S ADR CERTIFICATION BY PARTIES AND COUNSEL**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by having a process server personally deliver the document(s) listed above.

Gerald A. Emanuel                    Attorneys for Plaintiff
Amy Carlson
Hinkle, Jachimowicz, Pointer & Emanuel
2007 West Hedding Street, Suite 100
San Jose, CA 95128

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on August 7, 2007, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

_____
Ronn R. Uchihara

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-SF/7555329.1

2

CASE NO. C-07-2762 EDL
PROOF OF SERVICE