MELINDA S. RIECHERT, State Bar No. 65504
SUZANNE BOAG, State Bar No. 250441
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001

Attorneys for Defendants
ARAMARK REFRESHMENT SERVICES LLC
(Successor-in-Interest to ARAMARK
REFRESHMENT SERVICES, INC.)

GERALD A. EMANUEL, State Bar No. 61049
AMY CARLSON, State Bar No. 213294
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 West Hedding Street, Suite 100
San Jose, CA 95128
Tel: 408.246.5500
Fax: 408.246.1051

Attorneys for Plaintiff
JEFF KEELING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFF KEELING,<br><br>                    Plaintiff,<br><br>          vs.<br><br>ARAMARK REFRESHMENT SERVICES INC., a Delaware Corporation and DOES 1-10,<br><br>                    Defendants. | Case No. C-07-2762 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>**ADR CERTIFICATION**<br><br>Judge: Elizabeth D. LaPorte |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3657899.1

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS
Case No. C-07-2762 EDL

1  The parties stipulate to participate in the following ADR process:

2  **Court Processes**:

3  ☐ Arbitration    ☒ ENE    ☐ Mediation

4  *(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

5  **Private Process**:

6  ☐ Private ADR *(please identify process and provider)*

The parties agree to hold the ADR session by:

☒ The presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☐ Other requested deadline

Dated: 8/6/07

_____
Amy Carlson
Attorney for Plaintiff
JEFF KEELING

Dated:_____

_____
Melinda S. Riechert
Attorney for Defendant
ARAMARK REFRESHMENT SERVICES LLC

**IT IS SO ORDERED.**

Dated:_____

_____
UNITED STATES DISTRICT JUDGE

Morgan, Lewis & Bockius LLP
Attorneys At Law
Palo Alto

1-PA/3657899.1                    1                    STIPULATION AND [PROPOSED] ORDER
                                                       SELECTING ADR PROCESS
                                                       Case No. C-07-2762 EDL

The parties stipulate to participate in the following ADR process:

**Court Processes**:

☐ Arbitration    ☒ ENE    ☐ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process**:

☐ Private ADR *(please identify process and provider)*

The parties agree to hold the ADR session by:

☒ The presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☐ Other requested deadline

Dated: _____    _____
Amy Carlson
Attorney for Plaintiff
JEFF KEELING

Dated: 8/7/07    *Melinda Riechert by SBrig*
Melinda S. Riechert
Attorney for Defendant
ARAMARK REFRESHMENT SERVICES LLC

**IT IS SO ORDERED.**

Dated: _____    _____
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3657899.1            1            STIPULATION AND [PROPOSED] ORDER
                                        SELECTING ADR PROCESS
                                        Case No. C-07-2762 EDL