**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Keeling, | 07-02762 EDL ENE |
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| Aramark Refreshment Services, Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Thomas M. Gosselin**
Foley & Lardner LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125
650-856-3700

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program.  The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-02762 EDL ENE                             - 1 -

Counsel are reminded that the written ENE statements required by the ADR L.R. 5-8 shall NOT be filed with the court.

Dated: August 24, 2007

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand



ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
07-02762 EDL ENE                              - 2 -