In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date: August 28, 2007

Case No:  **C- 07-02762 EDL**

Case Name:  **JEFF KEELING v. ARAMARK REFRESHMENT SERVICES INC**

|  |  |  |
|---|---|---|
| Attorneys: | Pltf: Amy Carlson | Deft: Suzanne Boag |
| Deputy Clerk: | Lili M. Harrell | FTR digital recording: 10:49am - 10:55am |

**PROCEEDINGS:**                                                                 **RULING:**

1.  Initial Case Management Conference                        Held

2.


**ORDERED AFTER HEARING:**


**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**    1/29/08 at 10:00am for further case management conference.


**PRETRIAL SCHEDULE:**

Last day to add new parties: 9/4/07
Discovery cutoff: 1/22/08
Initial expert disclosure deadline: 4/8/08
Rebuttal expert disclosure deadline: 4/22/08
Expert discovery cutoff: 5/6/08
Dispositive Motion filing deadline:2/5/08
Dispositive Motions hearing date: 3/11/08 at 9:00am
Pretrial Conference: 6/10/08 at 2:00pm
Trial: **7/7/08** at 8:30 a.m., set for 5 days.
         [X] Jury  [ ]  Court

Notes:
cc: