# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Keeling,<br><br>                Plaintiff(s),<br><br>      v.<br><br>Aramark Refreshment Services, Inc.,<br><br>                Defendant(s). | 07-02762 EDL ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **Thomas M. Gosselin**
> Foley & Lardner LLP
> 1530 Page Mill Road
> Palo Alto, CA 94304-1125
> 650-856-3700

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-02762 EDL ENE                                   - 1 -

1   Counsel are reminded that the written ENE statements required by the ADR L.R.
2   5-8 shall NOT be filed with the court.

4   Dated: August 24, 2007

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
07-02762 EDL ENE                - 2 -