UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFF KEELING

        Plaintiff,

        v.

ARAMARK REFRESHMENT SERVICES, INC.,

        Defendant.
_____/

No. 07-02762 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the further case management conference set for January 29, 2008 is **continued to January 30, 2008 at 3:00 p.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor 450 Golden Gate Avenue, San Francisco. Joint case management statement shall be filed no later than January 22, 2008.

Dated:  January 16, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Lili M. Harrell
Courtroom Deputy