1   MELINDA S. RIECHERT, State Bar No. 65504
    SUZANNE BOAG, State Bar No. 250441
2   MORGAN, LEWIS & BOCKIUS LLP
    2 Palo Alto Square
3   3000 El Camino Real, Suite 700
    Palo Alto, CA 94306-2212
4   Tel: 650.843.4000
    Fax: 650.843.4001
5
    Attorneys for Defendants
6   ARAMARK REFRESHMENT SERVICES LLC
    (Successor-in-Interest to ARAMARK REFRESHMENT
7   SERVICES, INC.)

8   GERALD A. EMANUEL, State Bar No. 61049
    AMY CARLSON, State Bar No. 213294
9   HINKLE, JACHIMOWICZ, POINTER & EMANUEL
    2007 West Hedding Street, Suite 100
10  San Jose, CA 95128
    Tel: 408.246.5500
11  Fax: 408.246.1051

12  Attorneys for Plaintiff
    JEFF KEELING
13
                        UNITED STATES DISTRICT COURT
14
                       NORTHERN DISTRICT OF CALIFORNIA
15
                         SAN FRANCISCO DIVISION
16

17  JEFF KEELING,                         Case No. C-07-2762 EDL

18                  Plaintiff,            **JOINT CASE MANAGEMENT
                                          STATEMENT**
19          vs.
                                          CMC Date:  January 30, 2008
20  ARAMARK REFRESHMENT SERVICES          Room:      Courtroom E
    INC., a Delaware Corporation and DOES Time:      3:00 p.m.
21  1-10,                                 Judge:     Elizabeth D. LaPorte

22                  Defendants.           Date of Filing: March 29, 2007

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-SF/7655405.2                                      JOINT CASE MANAGEMENT STATEMENT
                                                        CASE NO. C-07-2762 EDL

1      The parties, Plaintiff Jeff Keeling ("Plaintiff") and Defendant ARAMARK Refreshment

2      Services, LLC ("ARAMARK" or "Defendant"), by and through their undersigned counsel, jointly

3      submit this Second Joint Case Management Statement in anticipation of the case management

4      conference scheduled for January 30, 2008 at 3:00 p.m., in Courtroom E before the Honorable

5      Elizabeth D. LaPorte.

6

## BRIEF DESCRIPTION OF THE CASE

7      This action arises out of Plaintiff's former employment with Defendant ARAMARK. On

8      October 12, 2006, ARAMARK terminated Plaintiff's employment. Plaintiff filed this action on

9      April 3, 2007 in the Alameda County Superior Court alleging that he had been discriminated

10      against by ARAMARK because of his physical disability and medical condition and because of

11      Plaintiff's exercise of his right to family care and medical leave. On May 25, 2007, Defendant

12      removed this action to this Court. Defendant alleges that it terminated Plaintiff's employment for

13      legitimate, non-discriminatory reasons related to his performance. In addition, Plaintiff became

14      unable to work 2 weeks after the termination of his employment due to preexisting health

15      conditions, and accordingly Plaintiff has suffered minimal damages as a result of the termination

16      of his employment.

17

## COMPLETED DISCOVERY

18      The parties have exchanged initial disclosures pursuant to Rule 26.

19      Defendant took the deposition of Plaintiff Jeff Keeling on October 5, 2007.

20

## ALTERNATIVE DISPUTE RESOLUTION

21      The parties participated in an Early Neutral Evaluation on October 12, 2007 before

22      Thomas Gosselin of Foley and Lardner LLP.

23

## SETTLEMENT NEGOTIATIONS

24      The parties have engaged in settlement negotiations. Plaintiff's last demand was $75,000

25      plus attorneys' fees. Defendant's last offer was $35,000, including attorneys' fees.

26

## DISPOSITIVE MOTIONS

27

     Defendant intends to file a motion for summary judgment by February 5, 2008.

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1

**TRIAL SCHEDULE**

2          This case is currently set to go to trial on July 7, 2008 at 8:30 a.m. The length of the trial

3     will not be more than five days.

4

5     Dated: January 22, 2008                    MORGAN, LEWIS & BOCKIUS LLP

6                                                        *Melinda Riechert*

                                           By
7                                                Melinda S. Riechert

8                                                Attorneys for Defendant
                                                 ARAMARK REFRESHMENT SERVICES LLC
9                                                (Successor-in-Interest to ARAMARK
                                                 REFRESHMENT SERVICES, INC.)
10

11    Dated: January 22, 2008                    HINKLE, JACHIMOWICZ, POINTER & EMANUEL

12

13

                                           By
14                                               Gerald A. Emanuel
                                                 Amy Carlson
15

16                                               Attorneys for Plaintiff
                                                 JEFF KEELING
17

18

19

20

21

22

23

24

25

26

27

28
MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW        1-SF/7655405.2                    2            JOINT CASE MANAGEMENT STATEMENT
PALO ALTO                                                                       CASE NO. C-07-2762 EDL