Case 3:07-cv-02762-EDL   Document 20   Filed 01/28/2008   Page 1 of 2
01/28/2008  16:31  4082461051                HJPE                              PAGE  01/02

MELINDA S. RIECHERT, State Bar No. 65504
SUZANNE BOAG, State Bar No. 250441
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001

Attorneys for Defendants
ARAMARK REFRESHMENT SERVICES LLC
(Successor-in-Interest to ARAMARK REFRESHMENT
SERVICES, INC.)

GERALD A. EMANUEL, State Bar No. 61049
AMY CARLSON, State Bar No. 213294
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 West Hedding Street, Suite 100
San Jose, CA 95128
Tel: 408.246.5500
Fax: 408.246.1051

Attorneys for Plaintiff
JEFF KEELING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFF KEELING,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ARAMARK REFRESHMENT SERVICES INC., a Delaware Corporation and DOES 1-10,<br><br>　　　　Defendants. | Case No. C-07-2762 EDL<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO TAKE COURT APPEARANCES OFF CALENDAR**<br><br>Date of Filing: March 29, 2007 |

　　　　PLEASE TAKE NOTICE that the Parties reached a settlement in this matter on January 25, 2008. The Parties anticipate filing a Joint Stipulation of Dismissal and Proposed Order with the Court shortly and request that all upcoming court appearances be taken off calendar, including the Case Management Conference currently set before this Court on January 30, 2008 at 3:00 p.m.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7659253.1                                                              CASE NO. C-07-2762 EDL
NOTICE OF SETTLEMENT AND REQUEST TO TAKE COURT APPEARANCES OFF CALENDAR

1

Dated:    January 28, 2008             MORGAN, LEWIS & BOCKIUS LLP
2                                      MELINDA RIECHERT
3
4                                      By  /s/ Melinda Riechert /SB
                                           Melinda Riechert
5                                          Attorneys for Defendant
                                           ARAMARK REFRESHMENT
6                                          SERVICES LLC (Successor-in-Interest to
                                           ARAMARK REFRESHMENT
7                                          SERVICES, INC.)
8
   Dated:    January 28, 2008             HINKLE, JACHIMOWICZ, POINTER &
9                                         EMANUEL
10
11                                     By  /s/
                                           Gerald A. Emanuel
12                                         Amy Carlson
                                           Attorneys for Plaintiff
13                                         JEFF KEELING

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
 BOCKIUS LLP
ATTORNEYS AT LAW
 SAN FRANCISCO

1-SF/7659253.1                         2                    CASE NO. C-07-2762 EDL
         NOTICE OF SETTLEMENT AND REQUEST TO TAKE COURT APPEARANCES OFF CALENDAR