United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JEFF KEELING**

      Plaintiff(s),                                  No. C-**07-02762** EDL

      v.                                         **ORDER OF CONDITIONAL DISMISSAL**

**ARAMARK REFRESHMENT SERVICES INC**

      Defendants.

_____/

    The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this cause,

    IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before April 15, 2008 for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

IT IS SO ORDERED.

Dated: January 29, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge