1  Gerald A. Emanuel (SBN 61049)
   Amy Carlson (SBN 213294)
2  HINKLE, JACHIMOWICZ, POINTER & EMANUEL
   2007 West Hedding Street, Suite 100
   San Jose, California 95128
3  Telephone: (408) 246-5500
   Facsimile: (408) 246-1051

4  Attorneys for Plaintiff
   JEFF KEELING
5

6  Melinda S. Riechert (SBN 65504)
   MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
7  3000 El Camino Real, Suite 700
   Palo Alto, California 94306
   Telephone: (650) 843-4000
8  Facsimile: (650) 843-4001

9  Attorneys for Defendant
   ARAMARK REFRESHMENT SERVICES, LLC

10

11             Attorneys for Plaintiff UNITED STATES DISTRICT COURT

12                        NORTHERN DISTRICT OF CALIFORNIA

                              SAN FRANCISCO DIVISION
13

14  JEFF KEELING,                          )
                                           )  No. C-07-2762 EDL
15         Plaintiff,                      )
                                           )
    vs.                                    )  **STIPULATION RE DISMISSAL WITH**
16  ARAMARK REFRESHMENT SERVICES,          )  **PREJUDICE AND [PROPOSED]**
    INC. a Delaware Corporation and        )  **ORDER THEREON**
17  DOES 1-10                              )
                                           )
18         Defendants.                     )

19      IT IS HEREBY STIPULATED by and between the parties to this action

20  through their designated counsel that the above-captioned action be and

21
   ─────────────────────────────────────────────────────────────────────────
22                                     1

    STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON    Case No. C-07-2762 EDL

1  hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure
2  41(a)(1), with each party to bear their own attorneys' fees and costs.

3                                          Respectfully submitted,

4  Dated: 3/27/ , 2008                     MORGAN, LEWIS & BOCKIUS LLP

5
                                           /s/ Melinda Riechert
6                                          _____
                                           MELINDA S. RIECHERT
                                           Attorney for Defendant
7                                          ARAMARK REFRESHMENT SERVICES, LLC

8

9  Dated: 3/27 , 2008                      HINKLE, JACHIMOWICZ, POINTER & EMANUEL

10                                         /s/ Amy Carlson

11                                         _____
                                           AMY CARLSON
                                           Attorney for Plaintiff
12                                         JEFF KEELING

13 **IT IS SO ORDERED.**

14

15 Dated: _____, 2008                 _____
                                           HONORABLE _____
16                                         United States District Court

17

18

19

20

21

22

2

STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON     Case No. C-07-2762 EDL