1  Gerald A. Emanuel (SBN 61049)
   Amy Carlson (SBN 213294)
2  HINKLE, JACHIMOWICZ, POINTER & EMANUEL
   2007 West Hedding Street, Suite 100
   San Jose, California 95128
3  Telephone: (408) 246-5500
   Facsimile: (408) 246-1051

4  Attorneys for Plaintiff
   JEFF KEELING
5

6  Melinda S. Riechert (SBN 65504)
   MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
7  3000 El Camino Real, Suite 700
   Palo Alto, California 94306
   Telephone: (650) 843-4000
8  Facsimile: (650) 843-4001

9  Attorneys for Defendant
   ARAMARK REFRESHMENT SERVICES, LLC

10

11           Attorneys for Plaintiff UNITED STATES DISTRICT COURT

12                      NORTHERN DISTRICT OF CALIFORNIA

13                              SAN FRANCISCO DIVISION

14 | JEFF KEELING,                          ) No. C-07-2762 EDL
                                            )
15 |     Plaintiff,                         )
                                            ) **STIPULATION RE DISMISSAL WITH**
   | vs.                                    ) **PREJUDICE AND [PROPOSED]**
16 | ARAMARK REFRESHMENT SERVICES,          ) **ORDER THEREON**
   | INC. a Delaware Corporation and        )
17 | DOES 1-10                              )
                                            )
18 |     Defendants.                        )

19      IT IS HEREBY STIPULATED by and between the parties to this action

20 through their designated counsel that the above-captioned action be and

21

22                                          1

STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON    Case No. C-07-2762 EDL

1  hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure
2  41(a)(1), with each party to bear their own attorneys' fees and costs.

3                                        Respectfully submitted,
4  Dated: 3/27/, 2008
                                         MORGAN, LEWIS & BOCKIUS LLP
5
                                         /s/ Melinda Riechert
6                                        _____
                                         MELINDA S. RIECHERT
7                                        Attorney for Defendant
                                         ARAMARK REFRESHMENT SERVICES, LLC
8

9  Dated: 3/27, 2008                     HINKLE, JACHIMOWICZ, POINTER & EMANUEL

10                                       /s/ Amy Carlson
                                         _____
11                                       AMY CARLSON
                                         Attorney for Plaintiff
12                                       JEFF KEELING

13
   **IT IS SO ORDERED.**
14

15 Dated: March 28, 2008
                                         _____
16                                       HON.
                                         United

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte
(Seal: United States District Court, Northern District of California)

---

2

STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON        Case No. C-07-2762 EDL